QUIN DENVIR, Bar #49374
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PATRICIA JEANNE DUNNE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PATRICIA JEANNE DUNNE, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:05-cr-0113 OWW <br><br> STIPULATION CONTINUING MOTIONS FILING AND HEARING DATE; AND ORDER THEREON <br><br> Date:  September 13, 2005 <br> Time:  9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the government's responses to motions now due July 29, 2005, shall be filed on or before September 2, 2005, **and the hearing on motions now set for August 8, 2005, may be continued to September 13, 2005, at 9:00 A.M.**

The continuance is requested to allow the parties additional time for case preparation.

///
///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A),
4  3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: July 28, 2005    By:   /s/ Ann H. Voris with consent of
                                   Sherrill A. Carvalho
                              SHERILL A. CARVALHO
                              Assistant United States Attorney
                              Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

DATED: July 28, 2005    By:   /s/ Ann H. Voris
                              ANN H. VORIS
                              Assistant Federal Defender
                              Attorneys for Defendant
                              PATRICIA JEANNE DUNNE

## O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

DATED: <u>August 2</u>, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Stipulation Continuing Motions Filing and
Hearing Date; and [Proposed] Order Thereon

2