UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>                 Plaintiff,   )<br>  vs.                         )<br>                              )<br>PATRICIA JEANNE DUNNE,        )<br>                              )<br>                 Defendant.   )<br>_____) | 1:05-cr-0113 OWW<br><br>ORDER FOR RETURN OF<br>PASSPORT |

The above-named defendant having surrendered to the United States Marshal as ordered;

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

DATED:   7-25-07

_____
United States District Judge